UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CHALKER, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　　　　Defendant. | Case No.: 22cv457-W(MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br>**[ECF NO. 6]** |

　　　　On April 15, 2022, the parties filed a "Joint Motion to Continue Early Neutral Evaluation Conference." (ECF No. 6.) They ask the Court to continue the Early Neutral Evaluation Conference ("ENE") scheduled for May 5, 2022, at 9:30 a.m. until May 9, 2022, at 10:30 a.m. (Id. at 1-2.) In support, the parties state that Target Corporation's representative Jenny Shock resides in Minnesota, and has a scheduling conflict on date of the scheduled ENE. (Id. at 1.) They further move to allow Target Corporation's representative to appear at the ENE remotely because "Target Corporation does not allow its representatives to conduct any non-essential travel." (Id. at 2.)

///

///

1

1    Having considered the joint motion and supporting declaration, and finding good
2 cause, the Court **GRANTS** the motion.  Accordingly, the Court **CONTINUES** the ENE, as
3 well as the Case Management Conference currently scheduled for May 5, 2022, at
4 9:30 a.m. until **May 9, 2022**, at **10:30 a.m.**  Target Corporation's representative Jenny
5 Shock may appear telephonically.  Counsel for Target Corporation is to arrange the
6 representative's telephonic appearance.
7    All other deadlines, guidelines and requirements remain unchanged.  (See ECF
8 No. 4.)
9    **IT IS SO ORDERED**.
10 Dated:  April 18, 2022

Honorable Michael S. Berg
United States Magistrate Judge