# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CHALKER, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>                      Defendant. | Case No.:  22-CV-0457 W (MSB)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION [DOC. 26), AND (2) GRANTING MOTION FOR APPROVAL OF MINORS' COMPROMISE AND DISMISSAL OF CASE [DOC. 23]** |

On September 16, 2022, the parties filed a joint motion to approve a settlement, which involves a minor, and dismiss this case. (*See Motion* [Doc. 23].) On December 23, 2022, Magistrate Judge Michael S. Berg issued a Report and Recommendation ("Report") recommending the Court grant the motion. (*Report* [Doc. 26] 8:17–21.) The Report ordered any objections filed by January 10, 2023 and replies filed by January 17, 2023. (*Id.* 8:22–23.)  The briefing is now closed and no objections have been filed.

Having reviewed the motion and Report, the Court accepts Judge Berg's recommendation and **ADOPTS** the Report [Doc. 26] in its entirety.  For the reasons stated therein, the Court finds the compromise and settlement is a fair and reasonable resolution of the case and in the best interests of minor N.C.  The Court, therefore, **GRANTS** the motion [Doc. 23] and **ORDERS** as follows:

(1) the minors' proceeds shall be deposited in an interest-bearing, federally insured blocked account;

(2) the blocked account shall be in the legal name of the minor Plaintiff;

(3) no withdrawal of principal or interest may be made from the blocked account without a written order of this Court, or any other court of competent jurisdiction, until the minor reaches 18 years of age;

(4) when the minor reaches 18 years of age, the depository, without further order of this Court or any other court of competent jurisdiction, is authorized and directed to pay by check or draft directly to the former minor all funds, including interest, deposited under this Court's order; and

(5) the guardian ad litem shall file an acknowledgment of receipt of this Court's order confirming the Minor's Compromise.

In light of the foregoing, the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: January 18, 2023

Hon. Thomas J. Whelan
United States District Judge